January 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

OGOCHUKWUJ OKWO, Appellant

NO. 14-11-00677-CR                    V.

THE STATE OF TEXAS, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 22, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.